IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| ADAM R. AUTRY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6:10cv006 |
| | ) | |
| v. | ) | |
| | ) | By: Hon. Michael F. Urbanski |
| ANGEL M. MONTERO, et al., | ) | United States Magistrate Judge |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the court on the motion filed by Beaulieu Group, LLC to intervene in this diversity personal injury case (Docket #20). For the reasons set forth in the accompanying Memorandum Opinion entered this date, the motion is hereby **GRANTED**.

The Clerk is **DIRECTED** to note on the docket the entry of Beaulieu Group, LLC as Plaintiff Intervenor in this matter.

It is **SO ORDERED**.

Entered: January 13, 2011.

/s/ Michael F. Urbanski
Michael F. Urbanski
United States Magistrate Judge